IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

NORTHWEST DIRECT TELESERVICES,    3:11-CV-910-PK
INC.,    ORDER

        Plaintiff,

v.

MAX ZWEIZIG,

        Defendant.

**JEFFREY I. HASSON**
Davenport & Hasson, LLP
12707 N.E. Halsey Street
Portland, OR 97230
(503) 255-5352

        Attorneys for Plaintiff

1 - ORDER

**LINDA L. MARSHALL**
PMB 408
3 Monroe Parkway, Suite P
Lake Oswego, OR 97035
(503) 699-2082

      Attorneys for Defendant


**BROWN, Judge.**

      Magistrate Judge Paul Papak issued Findings and Recommendation (#44) on November 18, 2011, in which he recommends this Court deny Plaintiff's Petition (#1) to Modify or Vacate Arbitration Award, grant in part and to deny in part Defendant's Petition (#9) to Vacate in Part and Confirm in Part Arbitration Award, and confirm the arbitration award in its entirety. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

      Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Shiny Rock Min. Corp v. U.S.*, 825 F.2d 216, 218. (9th Cir. 1987). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.


## CONCLUSION

      The Court **ADOPTS** Magistrate Judge Papak's Findings and

2 - ORDER

Recommendation (#44).  Accordingly, the Court **DENIES** Plaintiff's Petition (#1) to Modify or Vacate Arbitration Award, **DENIES in part** Defendant's Petition (#9) to the extent that Defendant seeks to vacate the arbitration award, and **GRANTS in part** Defendant's Petition to the extent that he seeks confirmation of the arbitration award.  Thus, the Court **CONFIRMS** the arbitration award in its entirety.

    IT IS SO ORDERED.

    DATED this 14th day of February, 2012.

    /s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

3 - ORDER