IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


NORTHWEST DIRECT TELESERVICES,        3:11-CV-910-PK
INC.,

                Plaintiff,            JUDGMENT

v.

MAX ZWEIZIG,

                Defendant.


    Based on the Court's Order (#46) issued February 14, 2012, the Court **CONFIRMS** the arbitration award and **DISMISSES** this matter.

    IT IS SO ORDERED.

    DATED this 14th day of February, 2012.


                              /s/ Anna J. Brown
                              _____
                              ANNA J. BROWN
                              United States District Judge


1  -  JUDGMENT